UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6226-CR-Hurley

18 U.S.C. §510(a)(2) & (c)
18 U.S.C. §1005
18 U.S.C. §§1028(a)(7) & (c)(3)(A)
18 U.S.C. §2

UNITED STATES OF AMERICA )
)
v. )
)
ENEL DEROSENEY, )
a/k/a William F. Stancil, )
a/k/a Fred S. William, )
a/k/a Fred Stancil William, )
)
Defendant. )
_____ )

FILED by _____ D.C.
AUG 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

INDICTMENT

The Grand Jury charges that:

COUNTS I-II

1. NationsBank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward and Miami-Dade Counties, and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

2. Washington Mutual Bank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward and Miami-Dade Counties, and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

3. On or about the dates set forth below, in Broward and Miami-Dade Counties, in the

Southern District of Florida, the defendant,

ENEL DEROSENEY,
a/k/a William F. Stancil,
a/k/a Fred S. William,
a/k/a Fred Stancil William,

did knowingly and willfully make and cause to be made false entries, as identified in the separate Counts below, in the books, reports and statements of the respective financial institutions specified below, with intent to injure and defraud such respective financial institutions, William F. Stancil, and the United States, as identified in the Counts below:

| COUNT | DATE | FINANCIAL INSTITUTION | FALSE ENTRY |
|---|---|---|---|
| I | 10/2/98 | Washington Mutual | Fraudulently opened individual checking account number 179-419-7608 in the name of Fred S. William, when defendant then and there well knew that he was not Fred S. William. |
| II | 10/6/98 | NationsBank | Fraudulently opened individual checking account number 3626347769 in the name of Fred S. William, when defendant then and there well knew that he was not Fred S. William. |

All in violation of Title 18, United States Code, Sections 1005 and 2.

COUNTS III-VI

On or about the dates set forth below, in Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

ENEL DEROSENEY,
a/k/a William F. Stancil,
a/k/a Fred S. William,
a/k/a Fred Stancil William,

did knowingly, willfully, and with intent to defraud, pass, utter, and publish United States Treasury

2

checks, as specified separately in the Counts below, bearing a falsely made and forged endorsement, as identified in the Counts below:

| COUNT | DATE | FORGED SECURITY |
|---|---|---|
| III | ~~9/1/98~~ ⱻℓ  9/22/98 | United States Treasury Check No. 33129873, in the amount of $436.50, made payable to William F. Stancil, bearing the forged endorsement of William F. Stancil. |
| IV | ~~9/2/98~~ ⱻℓ  10/05/98 | United States Treasury Check No. 33198327, in the amount of $6,664.29, made payable to William F. Stancil, bearing the forged endorsement of William F. Stancil. |
| V | ~~9/21/98~~ ⱻℓ  10/26/98 | United States Treasury Check No. 99195641, in the amount of $436.50, made payable to William F. Stancil, bearing the forged endorsement of William F. Stancil. |
| VI | 10/26/98ⱻℓ ~~10/1/98~~ | United States Treasury Check No. 4671082 ~~4670182~~, in the amount of $708.86, made payable to William F. Stancil, bearing the forged endorsement of William F. Stancil. |

In violation of Title 18, United States Code, Sections 510(a)(2) and (c) and 2.

### COUNTS VII-VIII

The allegations in Counts I through VI are incorporated herein as though realleged in their entirety.

On or about the dates set forth below, at Broward County and elsewhere in the Southern District of Florida, the defendant,

ENEL DEROSENEY,
a/k/a William F. Stancil,
a/k/a Fred S. William,
a/k/a Fred Stancil William,

knowingly, willfully, and without lawful authority, used in and affecting interstate and foreign commerce, a means of identification of another person, as identified in the separate counts below, with the intent to commit, aid, and abet unlawful activity that was a violation of Federal law, as set

3

forth below:

| COUNT | DATE(S) | IDENTIFICATION POSSESSED | CONDUCT |
|---|---|---|---|
| VII | 10/2/98 | False Florida Driver's License in the name of Fred Stancil William | Knowingly and willfully making and causing to be made false entries in books, reports, and statements of Washington Mutual Bank with intent to injure and defraud Washington Mutual Bank, William F. Stancil, and the United States, as specified in Count I. |
| VIII | 10/6/98 | False Florida Driver's License in the name of Fred Stancil William | Knowingly and willfully making and causing to be made false entries in books, reports and statements of NationsBank with intent to injure and defraud NationsBank, William F. Stancil, and the United States, as specified in Count II. |

All in violation of Title 18, United States Code, Section 1028(a)(7) and (c)(3)(A) and Section

2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

ENEL DEROSENEY                   **Superseding Case Information**:

**Court Division**: (Select One)
New Defendant(s)     Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
_X_ FTL      ____ WPB  ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _Unknown_
   List language and/or dialect  _Creole_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days      _X_      Petty       ____
   II   6 to 10 days     ____     Minor       ____
   III  11 to 20 days    ____     Misdem.     3 counts
   IV   21 to 60 days    ____     Felony      5 counts
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_(signature)_
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant Name: __Enel Deroseney__    Case No.: _____

Counts #l-2: False entries in bank statements and reports - 18 U.S.C. §1005

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine

Counts # 3, 5, and 6: Forged endorsements on Treasury checks under $1,000 - 18 U.S.C. §510(a)(2) & (c)

**Max. Penalty:** 1 year's imprisonment; $100,000 fine

Count #4: Forged endorsements on Treasury checks over $1,000 - 18 U.S.C. §510(a)(2)

**Max. Penalty:** 10 years' imprisonment; $250,000 fine

Counts #7-8: Use of false identification document to aid violation of federal law - 18 U.S.C. §1028(a)(7) & (c)(3)(A)

**Max. Penalty:** 15 years' imprisonment; $250,000 fine

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.