# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ENEL DEROSENEY

**WARRANT FOR ARREST**

CASE NUMBER: 00-6226-CR-Hurley

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ ENEL DEROSENEY _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) passing, uttering, and publishing Treasury checks of the United States bearing a falsely made and forged endorsement with intent to defraud, making false entries in a report and statement of a federally insured financial institution, and knowingly using, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet unlawful activity that constitutes a violation of Federal law;

in violation of Title __18__ United States Code, Section(s) _510(a)(2) & (c), 1005, and 1028(a)(7) & (c)(3)(A)_

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $25,000 corporate surety bond
with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 10, 2000, Fort Lauderdale, Florida
Date and Location

by _____
United States Magistrate Judge
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ ENEL DEROSENEY _____

ALIAS: ___ FRED STANCIL WILLIAM; WILLIAM F. STANCIL _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _Male_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: United States Secret Service Special Agent Michael Roland, 305-629-1835

**BOND RECOMMENDATION SHEET**

ENEL DEROSENEY
Defendant

$25,000 corporate surety bond is recommended.

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 908223
TELEPHONE: (954) 356-7255x3595
FACSIMILE: (954) 356-7336

Address of Defendant:

Agent:
U.S. Secret Service Special Agent Michael Roland