# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: _01/26/2001_    TIME:  _9:30 AM_

DEFT. ENEL DEROSENEY (J)#66867-007    CASE NO.00-6226-CR-HURLEY/VITUNAC

AUSA. _Kerry Baron_
ROBIN ROSENBAUM    ATTY. _Carl Lida — Temp._

AGENT.    U.S. SECRET SERVICE    VIOL. 18:1005,510(a),1028(a)(7)

PROCEEDING    STATUS RE COUNSEL AND
DETENTION HEARING    BOND. PTD (REQUESTED BY GOVT)

DISPOSITION _Status Re Counsel & Detention Held._
_Deft present with counsel_
_Notice of temp. appearance filed_
_Defense counsel request additional time for arraignment_
_Status Re Counsel & Arraignment Set for_
_Tuesday, 2-6-01 @ 9:30 am before Judge Johnson._

_Govt. Proffers Evidence_
_Defense present arguments._
_Court sets bond @ $100,000 CSB w/Nebbia_
_without Prejudice ·_

DATE: _1-26-01_    TAPE: _ASV 014 - 1360_    3