REC'D by _____ D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by \_\_\_ D.C.
MAG. SEC.
JAN 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6226-Hurley
        Plaintiff )
         ) REPORT COMMENCING CRIMINAL
   -vs- ) ACTION
         )
ENEL DEROSENEY ) 66867-004
        Defendant )

*********************************************************
TO: Clerk's Office   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/24/01    1 (am)/pm

(2) Language Spoken: English / Creole

(3) Offense(s) Charged: 18 USC 510, 1005, + 1028

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 1/30/73

(6) Type of Charging Document: (Check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
        Case # 311-750-46710
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 1/24/01    (9) Arresting Officer: SA K. Roland

(10) Agency: U.S. Secret Service    (11) Phone: 305/629-1800

(12) Comments: _____

RA/5