UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6226-CR-HURLEY

UNITED STATES OF AMERICA )
)
)
)
v. )
)
)
ENEL DEROSENEY, )
)
Defendant. )
_____ )

**NIGHT BOX**
**FILED**

FEB 0 5 2001

CLERK, USDC / SDFL / WPB

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.   1.   Any written statements made by the defendant are being provided to defense counsel in the attachments to this Response.

2.   Copies of statements made by the defendant to individuals known by him to be law enforcement officers are being provided to defense counsel in the attachments to this Response.

3.   The defendant did not testify before the Grand Jury.

4.   The defendant's NCIC record will be provided to counsel for the defense.

5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394. The undersigned has temporarily scheduled the discovery conference for February 12, 2001, at 11:00 a.m. Should counsel for the

defendant wish to keep this appointment, he should call to confirm the appointment at least forty-eight (48) hours in advance. If this date and time are not convenient for the defendant's counsel, he may contact the undersigned to schedule a mutually convenient time.

6.    The results of handwriting and fingerprint analyses are being provided to counsel for defendant in the attachments to this Response.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.    The defendant was identified by photograph.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

2

I.    The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.    The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.    The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.    To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.    The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.    At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate parameters of when the offenses occurred are outlined in the indictment.

Documents Bates-numbered 1-30 are attached to the copy of this response provided to counsel for the defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Robin S. Rosenbaum
Assistant U.S. Attorney
Fla. Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954)356-7255 ext. 3595
Fax: (954)356-7336

cc:  Special Agent Michael Roland
     United States Secret Service

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by United States Mail on February 5th, 2001, to Carl Lida, Esq., 8181 W. Broward Blvd., Suite 300, Plantation, Florida 33324-2049.

_____
Robin S. Rosenbaum
Assistant United States Attorney

4

State of Florida

# Department of Highway Safety and Motor Vehicles

*FOR USE ONLY AS AUTHORIZED BY DHSMV*

### IDENTIFICATION CARD



DL/ID number
**W450-257-68-030-0**

Class
**I**

Name
**FRED STANCIL WILLIAM**

Address
**2910 NW 56 AVE**
**LAUDERHILL, FL 33313-0000**

| Date of birth | Sex | Height |
|---|---|---|
| **01-30-68** | **M** | **5-08** |

Restrictions          Endorsements

Fingerprint on file
**None**

| Issue date | Issue time |
|---|---|
| **10-02-98** | **11:07:43** |

| Expiration date | Duplicate date |
|---|---|
| **01-30-02** | **00-00-00** |

Form number
**S069810020110**

Conditional messages
**RESIDENT: YES**

Printed by operator MYRTLE at office 005 on Thursday April 08, 1999 at 07 55

# Department of Highway Safety and Motor Vehicles

## *FOR USE ONLY AS AUTHORIZED BY DHSMV*

### DRIVER LICENSE



DL/ID number
**D625-200-73-030-0**

Class
**E**

Name
**ENEL DEROSENEY**

Address
**6499 SW 8TH PLACE**
**N LAUDERDALE, FL 33068-0000**

Date of birth **01-30-73**    Sex **M**    Height **5-11**

Restrictions          Endorsements

Fingerprint on file
**None**

Issue date **03-05-96**    Issue time **16:54:09**

Expiration date **01-30-03**    Duplicate date **02-05-99**

Form number
**S099902050287**

Conditional messages

Printed by operator MYRTLE at office 005 on Thursday April 08, 1999 at 07 54

*2*

DEPARTMENT OF THE TREASURY
ADJUDICATION DIVISION
(CHECK CLAIMS)
P.O. BOX 1849
HYATTSVILLE, MARYLAND   20788

DATE: 12/24/68

1-4-79

REFER TO: DEBORAH JONES
CHECK CLAIMS

TO:   DIRECTOR, UNITED STATES SECRET SERVICE

ATTACHED FOR INVESTIGATION IS THE ORIGINAL OF THE  FOLLOWING DESCRIBED
CHECK AND PERTINENT CORRESPONDENCE:

| DATE | SYMBOL NO. | CHECK NO. | NAME OF PAYEE | WHERE CASHED | NO. OF AT-TACHMENTS |
|------|-----------|-----------|---------------|--------------|---------------------|
| 09/02/93 | 4017 | 33120727 | | BOCA RATON   FL | 1 |

WILLIAM STANCIL
211 HOFFMAN BLVD

REPORT NECESSARY FOR SETTLEMENT OF CLAIM.
LARGE DOLLAR AMOUNT. DID PAYEE BENEFIT?

$A$

DIRECTOR, ADJUDICATION DIVISION

FOR USE BY THE UNITED STATES SECRET SERVICE

| OFFICE | DATE | FILE NUMBER |
|--------|------|-------------|
| MIAMI | 03781719 | 311 750 46710 |

INVESTIGATION HAS BEEN MADE OF THE ABOVE CAPTIONED CASE WITH THE
FOLLOWING RESULTS:

(XXXX) 1. PAYEE'S  CLAIM OF FORGERY SUBSTANTIATED; SETTLEMENT RECOMMENDED.

(  ) 2. CLAIM WITHDRAWN; ORIGINAL RELEASE, TFS FORM 1133R, ATTACHED.

(  ) 3. OTHER (GIVE DETAILS)

    The payee, William Stancil, was telephonically interviewed.  Stancil
denied any involvement in the theft or negotiation of the subject
check.  Settlement recommended.

3

_____
SIGNATURE OF SPECIAL AGENT

APPROVED

_____
SIGNATURE OF SPECIAL AGENT
IN CHARGE

**DEPARTMENT OF THE TREASURY**

UNITED STATES SECRET SERVICE

FILE # 311-750-46710
DATE: 02/12/99

**FORMAL WRITTEN REQUEST FOR ACCOUNT INFORMATION**
**CONCERNING THE**
**THEFT/NEGOTIATION/REDEMPTION OF**
**U.S. TREASURY CHECKS/BONDS**

TO:
Washington Mutual Bank
2401 E. Atlantic Boulevard
Pompano Beach FL  33062

RE: William Stancil

954-941-5701

In connection with a legitimate law enforcement inquiry and pursuant to Section 1113(g) of the Right to Financial Privacy Act of 1978, 12 U.S.C. Sec 3413(g), you are requested to provide the following account information concerning the negotiation/redemption of the attached check/bond.  If the check/bond was received from a business account, only complete this side of the form.  If not, please complete both sides.  Please retain the copy for your records.

1. Name of the Account Holder: Fred S. William

2. Address of the Account Holder: 2910 NW 56th Ave
Apt C-209 Lauderhill, Fl 33313

3. Account Number: 179-419760-8

4. Type of Account: Checking

**CERTIFICATE OF COMPLIANCE WITH THE RIGHT TO FINANCIAL PRIVACY ACT.**

I hereby certify, pursuant to Section 1103(b), the Right to Financial Privacy Act of 1978, 12 U.S.C. Sec. 3403(b), that the provisions of the Act have been complied with as to this request for account information and that good faith reliance upon this certificate relieves your institution and its employees and agents of any possible liability in connection with the disclosure of this account information.

RECEIVED
U.S. SECRET SERVICE
99 MAR -3 PM 4:10
MIAMI, FLORIDA

FRED S. William
DOB. 01/30/68
SS# 151467154

D. Kenneth Keene
Special Agent in Charge
_____
Name and Title of Requester

_____
Signature

(305) 591-3660
_____
Telephone

4

SSF 3095 (04/84)

Your Social Security Account Number and the other information are being requested in order that the Department of the Treasury can process your claim for a government check. The authority to consider your claim is found in part, at 31 United States Code, Sections 5/6, and 561-564. If you cannot or will not furnish the information, the processing of your claim may be delayed. The estimated average burden associated with this collection of information is 10 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to the Financial Management Service, Facilities Management Division, Property and Supply Section, Ardmore East Business Center, 3361-L 75th Avenue, Landover, Md. 20785 or the Office of Management and Budget, Paperwork Reduction Project (1510-0019) Washington, D.C. 20503.

WARNING: Title 18, Sec. 287, U.S. Code: "Whoever makes or presents to any person or officer in the civil, military, or naval service, of the United States, or to any department or agency thereof, any claim upon or against the United States, or to any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be fined not more than $10,000 or imprisoned not more than five years, or both."

| | |
|---|---|
| 1. Did you receive this check? | NO |
| 2. Did you sign your name on this check? | NO |
| 3. Did you cash this check? | NO |
| 4. Did you deposit this check in a bank, credit union other financial organization? Did someone else deposit this check to an account that you could use? | NO |
| 5 Was this check cashed with your permission? | NO |
| 6. Did you receive any money or benefit in any way from this check (e.g. household expenses, child support, etc.)? If so, explain, (include amount if known.) | NO |
| 7. If your present name is different from that on the face of the check, explain why. | NO |
| 8. If you are making claim for this check and it is not made out to you, state your relationship to the payee. Explain why the payee cannot sign. | NA |

**THIS CLAIM IS MADE FOR THE PROCEEDS OF THE ABOVE CHECK. IF YOU CASH BOTH THE ORIGINAL AND ANY SETTLEMENT CHECKS, THE OVERPAYMENT MUST BE PROMPTLY REFUNDED. FAILURE TO DO SO COULD RESULT IN LEGAL ACTION. BE SURE TO INCLUDE THE ABOVE CHECK AND SYMBOL NUMBERS WITH YOUR REFUND.**

| **SIGN HERE** | Payee's Signature   *William E. Staned* | 2nd Payee's Signature *(If check drawn to two payees)* |
|---|---|---|
| Your assigned I.D. No. (SSA, VA, IRS, Etc.) | | 2nd Payee's assigned I.D. No. (SSA, VA, IRS, Etc.) |

Signature of Witness (ONLY if Payee(s) Signed by Mark)

MS FORM 4-94 **1133** EDITION OF 7-89 IS OBSOLETE

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE

311   750   46710        5

PAGE 4

Employee Name: _Enol Derosены_

Agency Name: _____
☐ PRC

Address: _6524 S. W 8th Place_
_North Lauderdale Fl_ ___

ID Badge #: _34010_

SS #: _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_

Telephone # _(954) 977-2938_

D/O/B: _01/30/73_

---

IN CASE OF EMERGENCY:

Contact Name: _Robert Mathurin_          Relationship: _Cousin_

Contact Address: _1051 138 th s A_          Telephone #: _(954) 608-685_
_North Miami Fl_

---

Employee Signature: _____          Date: _10/07/97_

7

Case 09-14626-EPK    Doc 79-1    Filed ... Docket 0.../...

# Form W-4 (1997)

**Want More Money In Your Paycheck?** If you expect to be able to take the earned income credit for 1997 and a child lives with you, you may be able to have part of the credit added to your take-home pay. For details, get Form W-5 from your employer.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay. Form W-4 may be completed electronically, if your employer has an electronic system. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. *If exempt, only complete lines 1, 2, 3, 4, 7, and sign the form to validate it.* No Federal income tax will be withheld from your pay. Your exemption expires February 17, 1998.

**Note:** *You cannot claim exemption from withholding if (1) your income exceeds $650 and includes unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic Instructions.** *If you are not exempt,* complete the Personal Allowances Worksheet. Additional worksheets are on page 2 so you can adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. The worksheets will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may find that you owe additional tax at the end of the year.

**Two Earners/Two Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check Your Withholding.** After your W-4 takes effect, use Pub. 919, Is My Withholding Correct for 1997, to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). To order Pub. 919, call 1-800-829-3676. Check your telephone directory for the IRS assistance number for further help.

**Sign This Form.** Form W-4 is not considered valid unless you sign it.

## Personal Allowances Worksheet

**A** Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . **A** ____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

**B** ____

**C** Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . . . . . . . . . **C** ____

**D** Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . **D** ____

**E** Enter "1" if you will file as head of household on your tax return (see conditions under Head of Household above) . . **E** ____

**F** Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . **F** ____

**G** Add lines A through F and enter total here. Note: This amount may be different from the number of exemptions you claim on your return ▶ **G** ____

**For accuracy, complete all worksheets that apply.**
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single and have more than one job and your combined earnings from all jobs exceed $32,000 OR if you are married and have a working spouse or more than one job, and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line G on line 5 of Form W-4 below.

------- **Cut here and give the certificate to your employer. Keep the top portion for your records.** -------

| Form **W-4**<br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>▶ For Privacy Act and Paperwork Reduction Act Notice, see reverse. | OMB No. 1545-0010<br>**1997** |
|---|---|---|

**1** Type or print your first name and middle initial: _Fred_   Last name: _Dewsenen_   **2** Your social security number: 036 90 8925

Home address (number and street or rural route): _6520 SW 8th Place_

**3** ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code: _North Lauderdale, FL 33068_

**4** If your last name differs from that on your social security card, check here and call 1-800-772-1213 for a new card ▶ ☐

**5** Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . . | **5** | 2 |

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . | **6** | $ |

**7** I claim exemption from withholding for 1997, and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
If you meet both conditions, enter "EXEMPT" here . . . . . . . . . . . ▶ | **7** | |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶ _[signature]_   Date ▶ _12-24_  19 _97_

**8** Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)

**9** Office code (optional)

**10** Employer identification number

Cat. No. 10220Q

8  017260

To: Regina Rice

From: S/A Patrick Cruise
      Miami Field Office

Please obtain the following SSI checks for case number 311-750-46710.

| DATE | CHECK NUMBER | SYMBOL NUMBER | AMOUNT |
|------|-------------|---------------|--------|
| 09/01/98 | 33129873 | 4017 | $436.50 |
| 09/02/98 | 33198327 | 4017 | $6664.29 |
| 09/21/98 | 99195641 | 4017 | $436.50 |
| 10/01/98 | 04671082 | 4019 | $708.86 |
| 10/27/98 | 99242473 | 4017 | $436.50 |
| 10/30/98 | 08267403 | 4019 | $558.86 |
| 12/01/98 | 11852396 | 4019 | $467.75 |
| 12/31/98 | 15370472 | 4019 | $473.75 |
| 02/01/99 | 18839919 | 4019 | $473.75 |
| 03/01/99 | 22272178 | 4019 | $325.75 |
| 04/01/99 | 25674977 | 4019 | $473.75 |
| 04/16/99 | 34293057 | 4017 | $6375.00 |
| 04/30/99 | 29050608 | 4019 | $473.75 |
| 06/01/99 | 32417864 | 4019 | $473.75 |

*First checks*

*not received*

9

Case 0:00-cv-06226-BTK... Document 8    Entered on FLSD Docket 02/06/2001

ATTENTION: CRUISE                          CONTROL:


--NCIC--

7L01FLA0001203620
FLSS311S0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/DEROSENEY,ENEL SEX/M RAC/B DOB/19730130 PUR/C

NAME                        FBI NO.        INQUIRY DATE
DEROSENEY,ENEL              109407WA1      1999/06/21

SEX   RACE  BIRTH DATE   HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M     B     1973/01/30   511     160     BRO   BLK   HAITI
FINGERPRINT CLASS
PO 62 13 18 19
DI 10 15 15 16

ALIAS NAMES
DEROSENY,ENEL

SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 1995/01/13
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 NEW JERSEY     - STATE ID/NJ958172B

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE TRANSACTION.

END
--END--

/0

ATTENTION: SYSTEM GENERATED HEADER          CONTROL:


--NLETS--

△CR.NJIII0000
△07:58 06/21/99 02889
△07:58 06/21/99 04402 FLSS311S0
△TXT
△HDR/2L01FLA0001204061
△ATN/CRUISE
△THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-SID/NJ958172B
△
△            NEW JERSEY CRIMINAL HISTORY DETAILED RECORD
△
△USE OF THIS RECORD IS GOVERNED BY FEDERAL AND STATE REGULATIONS.
△UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE STATE BUREAU OF
△IDENTIFICATION CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON WHO IS
△THE SUBJECT OF YOUR REQUEST. USE OF THIS RECORD SHALL BE LIMITED SOLELY
△TO
△THE AUTHORIZED PURPOSE FOR WHICH IT WAS GIVEN AND IT SHALL NOT BE
△DISSEMINATED TO ANY UNAUTHORIZED PERSONS. TO ELIMINATE A POSSIBLE
△DISSEMINATION VIOLATION, AND TO COMPLY WITH FUTURE EXPUNGEMENT ORDERS,
△THIS RECORD SHALL BE DESTROYED *IMMEDIATELY* AFTER IT HAS SERVED ITS
△INTENDED AND AUTHORIZED PURPOSES. ANY PERSON VIOLATING FEDERAL OR STATE
△REGULATIONS GOVERNING ACCESS TO CRIMINAL HISTORY RECORD INFORMATION
△MAY BE SUBJECT TO CRIMINAL AND/OR CIVIL PENALTIES.  THIS RECORD IS
△CERTIFIED AS A TRUE COPY OF THE CRIMINAL HISTORY RECORD INFORMATION
△ON FILE FOR THE ASSIGNED STATE IDENTIFICATION NUMBER.
△
△STATE ID NO. 958172B     FBI NO. 109407WA1   DATE REQUESTED. 06/21/99
△NAME: DEROSENEY, ENEL
△
△SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
△M    B     01/30/73    511     160     BRO   BLK   HT
△
△RECEIVING AGENCY: FLSS311S0  U.S. CITIZEN: UNKNOWN
△
△
△FPC: W/\\\W////          AFIS NO:                III: SINGLE STATE
△
△ALIAS NAMES/OTHER BIRTH DATES
△DEROSENY, ENEL                              01/30/73
△
△SOCIAL SECURITY NUMBERS
△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
△
△CURRENT ADDRESS
△1753     SPRINGFIELD AVE        MAPLEWOOD            NJ
△
△*********************** ARREST 001 ****************************
△ARRESTED 06/08/94   AGENCY CASE NO: 27990
△    AGENCY: NJ0161400    WAYNE TOWNSHIP PD               PASSAIC
△OFFENSE DATE: 06/08/94
△    001 CNT  2C:20-11         SHOPLIFTING
△
△SUMMONS/WARRANT                    PROMIS/GAVEL NO:
△

*11*

NO: S 19940004721614                    DISPOSITION DATE: 07/06/94
AGENCY: NJ016151J                       MUNICIPAL COURT WAYNE

DISPOSITION: GUILTY

001  CNT: 2C:20-11B(4)       DEG:        SHOPLIFTING

AGGREGATE SENTENCE       DATE: 07/06/94

    COURT:  NJ016151J    MUNICIPAL COURT WAYNE
    AMOUNT ASSESSED   $        138


*************************** ARREST 002 ***************************
ARRESTED 09/07/94   AGENCY CASE NO:  7762
    AGENCY: NJ0072200    WEST ORANGE PD                        ESSEX
OFFENSE DATE: 09/07/94
    001 CNT  2C:18-2A(1)      BURGLARY BY ENTERING STRUCTURE
    001 CNT  2C:35-10A(1)     POSSESS CDS OR ANALOG
    001 CNT  2C:35-5A(1)      MANUFACTURE/DISTRIBUTE CDS
    001 CNT  2C:5-2           CONSPIRACY
                              BURGLARY
    001 CNT  2C:5-5A          POSSESS/MANUFACT BURGLAR TOOLS

SUMMONS/WARRANT                    PROMIS/GAVEL NO:

NO: S 19940000660722              DISPOSITION DATE: 08/28/97
AGENCY: NJ007201J                 MUNICIPAL COURT WEST ORANGE

DISPOSITION: DISPO UNAVAILABLE

001  CNT: 2C:5-2          DEG:        CONSPIRACY
                                      BURGLARY

SUMMONS/WARRANT                    PROMIS/GAVEL NO:

NO: S 19940002370722              DISPOSITION DATE: 12/16/94
AGENCY: NJ007201J                 MUNICIPAL COURT WEST ORANGE

DISPOSITION: GUILTY

001  CNT: 2C:5-5A         DEG:        POSSESS/MANUFACT BURGLAR TOOLS

AGGREGATE SENTENCE       DATE: 12/16/94

    COURT:  NJ007201J    MUNICIPAL COURT WEST ORANGE
    PROBATION        1Y              AMOUNT ASSESSED  $        125


SUMMONS/WARRANT                    PROMIS/GAVEL NO:

NO: S 19940002380722              DISPOSITION DATE: 12/06/94
AGENCY: NJ007201J                 MUNICIPAL COURT WEST ORANGE

DISPOSITION: DISMISSED

001  CNT: 2C:35-10C       DEG:        FAILED TO GIVE CDS TO POLICE

DISPOSITION: DISMISSED

12

001  CNT: 2C:36-2        DEG:        POSS OF DRU  PARAPHERNALIA

SUMMONS/WARRANT                    PROMIS/GAVEL NO:

NO: W  19940002460722              DISPOSITION DATE: 08/28/97
AGENCY: NJ007201J                  MUNICIPAL COURT WEST ORANGE

DISPOSITION: DISPO UNAVAILABLE

001  CNT: 2C:18-3        DEG:        CRIMINAL TRESPASS

***********************************************************************
DEPARTMENT OF CORRECTIONS DATA NOT FOUND FOR THIS SID NUMBER
***********************************************************************


        CRIMINAL HISTORY DIVERSION PROGRAM AND FELONY CONVICTION SUMMARY

                    PRE-TRIAL INTERVENTION: 000
                    CONDITIONAL DISCHARGE:  000
                    FELONY CONVICTIONS:     000
                    VIOLATION OF PROBATION: 000


WHEN A MISSING DISPOSITION IS REQUIRED, DO NOT CONTACT THE STATE BUREAU
OF IDENTIFICATION(SBI). YOU MUST CONTACT THE AGENCY THAT FURNISHED THE
PENDING DATA TO THE SBI. SHOULD YOU HAVE INFORMATION REGARDING AN UPDATE
OR A CORRECTION TO THIS RECORD, PLEASE CONTACT THE SBI AT (609) 882-2000
,
EXTENSION 2902 OR 2899.


                        END OF CCH RECORD
END OF RECORD--END--

13

DATE:06/21/1999   TIME:11:0:   MESSAGE NUMBER:00020

ATTENTION:CRUISE                         CONTROL:

FQI FLSS311S0ENEL                                 DEROSENEY
--FLORIDA CCH RESPONSE--


QI.NAM/DEROSENEY,ENEL.RAC/B.SEX/M.DOB/013073.PUR/C
HIT NUMBER 01    ** CRIMINAL CARD IN PROCESS **    AS OF 06/21 AT 11:03 AM
OBT/09721801 RAC/B SEX/M HAI/    EYE/   HGT/000 WGT/000 SKN/    POB/
------------------------------------------------------------------------
DOA/02/10/1999  ARREST BY: ORI/FL0060400 - HALLANDALE POLICE DEPARTMENT
CHARGE LEVEL F  FELONY
------------------------------------------------------------------------

| NAM/AKA | DOB | SSN | MNU | SMT |
| --- | --- | --- | --- | --- |
| DEROSENEY, ENEL | 01/30/1973 | | | |

-- END --

--NCIC--

1L01FLS0001204856
FLSS311S0
NO NCIC WANT DOB/19730130 NAM/DER0SENEY,ENEL SEX/M RAC/B
--FCIC HIT RESPONSE--
FQI : NO RECORDS FOUND
--END--

14

DATE:03/11/1999   TIME:15:5.   MESSAGE NUMBER:00003

ATTENTION:CRUISE                          CONTROL:

FDQ FLSS311S0W450257680300
--DHSMV--


W-450-257-68-030-0
FRED,STANCIL,WILLIAM
2910 NW 56 AVE                   LAUDERHILL                FL 33313
                          DOB: 01/30/68 HT: 508 RACE: B SEX: M
CURRENT ID ISSUED:     10/02/1998 EXPIRES : 01/30/2002   SOC SEC:000000000
VALID ID CARD                  - DO NOT ISSUE 30 DAY PERMIT




END OF DDL/DHSMV RESPONSE
PAGE: 01 OF 01


--END--

15

Case 0:00-cr-06226-DTKH   Document 8   Entered on FLSD Docket 02/06/2001   Page 19 of 32

```
DATE:04/06/1999  TIME:17:  MESSAGE NUMBER:00036
                        N)
ATTENTION:PCRUISE              CONTROL:

FRQ FLSS311S0WEH27H                          1999
--DMVR--


DHSMV RECORD -
WEH27H      WBACA532XRFG11507 BMW       4D    94 02867
DEROSENEY CLORAINE OR ENEL                    COLOR: WHI
6524 SW 8 PL                         CLASS: 02 GVW: 000000
POMP BCH FL            33068-2620  COUNTY RES: 10
DOB: 04/05/50 SEX: F DECAL/YR: 00472029/0 DECAL EXP:04/05/00 USE: PRIVATE
```

DL#1  D625100506250

*ClorAine's #*

```
END DHSMV RESPONSE


--FCIC HIT RESPONSE--
FRQ : NO RECORDS FOUND
--END--
```

16

# FINANET ALERT REPORT FOR

The undersigned financial institution, law enforcement agency and government agency warrants to FISA, that the information contained herein has been verified to be true and correct. Said member further agrees to indemnify and hold harmless FISA and its members from any claims of any nature resulting from incorrect, inaccurate or unfounded information presented.

**FAX ALERT TO:** ~~(954) 723-9278~~                          **DATE:** 05/28/99

**Page 1 of** __1____

**Submitted by:** S/A Patrick S. Cruise           **Institution:**               **Phone:** (305) 629-1808
**Agency:** U.S. Secret Service                  **Contact:** S/A Cruise       **Case #:** 311-750-46710

**Subject/Suspect Name:** See Narrative:

**Race:** Haitian/Black **Sex:** Male       **DOB:** 01/30/1973   **HGT:** 5'11" **WGHT:**

**Address:** 655 Ives Dairy Road, Miami, Fl
          D625200730300                    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      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
**DL#:** W450257680300                     **SS#:** 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    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

---

**NARRATIVE:**

          Please verify if any of the following individuals has an open or closed
account with your financial institution.  Please direct any inquiries to Special Agent
Patrick Cruise, Miami Field Office, (305) 629-1808

                    FAX: (305) 629-1830
The following names may have been used at your bank:

(read from left to right)

* Fred Stancil William                    Leslie A. Carey

* William F. Stancil                      Leslie A. Dudley

* Stancil F. William                      James Hamilton

* Fred W. Stancil                         Leslie A. Hamilton

* Enel Deroseney                          Craig S. McNabb

* Deroseney Enel                          Leslie Opauski

* Gary Messenger


Please verify the names appearing with an asteric first.  Thank you.


* Do not send a cover sheet * Do not send DL Photographs * Keep Alerts to two pages maximum       rev 4/98

*18*

# DEPARTMENT OF THE TREASURY
## UNITED STATES SECRET SERVICE
### MEMORANDUM REPORT

**CASE NUMBER:**  311-750-46710

| | | |
|---|---|---|
| **OFFICE** | : | Miami |
| **ORIGIN** | : | CCG |
| **TITLE OR CAPTION** | : | WILLIAM F. STANCIL |
| **TYPE OF CASE** | : | Check Forgery |
| **STATUS** | : | Continued |
| **INVESTIGATION MADE AT** | : | Miami, Florida |
| **PERIOD COVERED** | : | 01/04/99 - 06/21/99 |
| **INVESTIGATION MADE BY** | : | SA Patrick Cruise |

**DATE DICTATED:**  06/21/99          **DATE TYPED:** 06/21/99

**REPORT MADE BY:**  Patrick S. Cruise          **DATE:**  06/21/99
                    Special Agent

**APPROVED:**  Frank D. Estrada          **DATE:** 7-16-99
              Special Agent in Charge

**DISTRIBUTION:**                    **COPIES:**

Miami                               Original & 1cc

**ATTACHMENTS:**

FDE/PSC:ma
**United States Secret Service**                    **SSF 1588 (03/89)**

*19*

**SYNOPSIS:**

Enel Deroseney has been identified as the suspect who endorsed an SSI check payable to William F. Stancil.

**INTRODUCTION:**

This case originated on a routine referral from CCG dated 01/04/99, reference U.S. Treasury Check #33198327, Symbol 4017, dated 09/02/98, payable to William F. Stancil, in the amount of $6664.29

**DETAILS OF INVESTIGATION:**

**1. Payee Interview:**

On 03/22/99, I telephonically contacted payee, William F. Stancil at his residence, ███████████████████████████████████████████████ Mr. Stancil stated he never received his SSI check in the amount of $6664.29. Mr. Stancil further advised he had filed a claim of non-receipt with the Social Security Administration regarding the subject check.

I asked Mr. Stancil if he knew anyone in the Fort Lauderdale, Florida area. I also asked Mr. Stancil if he knew a man by the name of Fred S. William, or had authorized such an individual to cash his SSI check. Mr. Stancil advised me he did not know anyone in Fort Lauderdale and did not know Fred S. William or authorize anyone to cash his SSI check. William F. Stancil further advised he has had other SSI checks stolen from him in the past and has notified the Social Security Administration accordingly.

**2. Victim Endorser Interview:**

On 03/11/99, I contacted Christine (LNU), Washington Mutual Bank, Risk Managment/Forgery Division at ████████████████. Christine advised the subject check was deposited into an account at the Washington Mutual Aventura branch, located at 19495 Biscayne Blvd., North Miami Beach, (305) 933-4207.

On that same date I contacted Virginia Gaskin, Assistant Manager, Washington Mutual Aventura Branch. I explained to Ms. Gaskin the subject check was deposited into account number 1794197608 belonging to Fred S. William 2910 N.W. 56th ave, Apt C-209, Lauderhill, FL 33313. Ms. Gaskin confirmed the subject check was deposited on 10/05/98.

Mrs. Gaskin stated her records indicated Fred S. William's driver's license number was W450-257-68-030-0. A check of that number through the Division of Motor Vehicle's indicated the number belonged to Fred Stancil William, 2910 N.W. 56th Ave, Lauderhill, Florida, 33313. However, after reviewing a copy of William's driver's license, I noticed the license was not signed Fred S. William, but William F. Stancil. The issue date of the license was 10/02/98.

20

Mrs. Gaskin further stated Fred S. William's account was opened at the Washington Mutual California Club branch located at 199 Ives Dairy Road, North Miami Beach. Mrs. Gaskin retrieved a copy of William's signature card used to open the subject account. I noticed the account was also opened on 10/02/98.

On 03/24/98, I telephonically spoke with Lisa Gordon, Senior Teller, Washington Mutual Bank, Aventura Branch, who stated on 12/29/98, the account was charged off because the account holder, Fred S. William had written checks totaling $1,301.51 and his account did not have sufficient funds to cover the checks, therefore the account was closed out.

Lisa Gordon futher advised the bank will honor up to $1000.00 in overdraft checks despite the account not having sufficient funds. However, upon the account going over $1000.00, the subsequent account will be cancelled/closed out and the bank will absorb the loss, which was the case concerning Fred S. William's account.

To date, the following facts have been established:

The subject check was issued on 09/02/98, and was cashed on 10/05/98.

An unidentified male obtained a Florida Driver's license bearing the name Fred S. William.

The unidentified male signed the driver's license William F. Stancil, instead of Fred S. William, the actual name on the driver's license.

On 10/02/98, the individual posing as Fred S. William opened a checking account at Washington Mutual California Club branch under the name Fred William, and signed the signature card Fred William.

On 10/05/98, the unidentified male fraudulently endorsed the subject check to read William F. Stancil and deposited the subject check, number 4017-33198327, payable to William F. Stancil, ██████████████████████████████, in the amount of $6664.29, into his, (Fred S. William's), checking account, number 1794197608.



Page 4 redacted.

21

Currently known to date, Enel Deroseney has used the following social security numbers:

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
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
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



On 04/07/99, I received a telephone call from Charlene Borga, Fraud Department, Republic National Bank. Borga stated a Fred William has been cashing checks issued to him by Enel Deroseney and by Gary Messenger into his account. Borga further stated Williams overdrew his account by $1,500.00. Borga explained William has been depositing checks into his account which were worthless and withdrawing the money as soon as it cleared, before the bank became aware of the fraud.

On 05/28/99, I requested a FISANET alert be issued to all the local banks in reference to this case. To date, I have received notifications from the following banks: City National Bank, Bank of America and First Union.

On 06/01/99, John Poorman, Security Specialist, City National Bank notified me a Fred Stancil William opened a fraudulent account (# 1107613225) at the City National Bank located at 2875 N.E. 191st Street, Aventura, FL. Poorman advised an individual posing as Fred S. William attempted to open an account in October 1998 with teller Michelle McKenzie, however after realizing the information provided, i.e. social security and alien number were invalid, the bank immediately closed the account and did not suffer a loss. Poorman also advised William was attempting to deposit a $6,664.29 SSI check payable to William F. Stancil.

On 06/04/99, I received a facsimile from Stuart Soffian, Corporate Security, Bank of America, formally NationsBank, indicating a Fred Stancil William opened a fraudulent account (# 3626347769) at their bank. Soffian advised a Fred S. William opened the account on 10/06/99, and deposited SSI checks made payable to William F. Stancil into his account. Soffian further advised that Fred S. William withdrew the funds and further overdrew the account by $3,215.39. Soffian also advised William opened the account with U.S. passport # A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, which I determined was bogus. The number is actually the payee's (William F. Stancil's) social security number.

22

As of 06/14/99, Enel Deroseney has fraudulently opened accounts at the following banking institutions:

Washington Mutual
First Union
Bank of America/Nations Bank
City National Bank
Republic National Bank

On 06/14/99, I contacted the Office of Inspector General, Social Security Administration, and requested a list of all SSI checks that were issued to payee William F. Stancil be provided to me. Upon receipt of that information, I will contact Financial Crimes Division and request a copy of each SSI check to determine how many had been signed by suspect Enel Deroseney.

I was notified by Detective Ken Cowley, Hallandale Police Department, that he had arrested an individual identified as Albert Bartley. Detective Cowley explained Bartley was Enel Deroseney's cousin who was wanted by the police in New Jersey for murder. According to Detective Cowley, Enel Deroseny brought his cousin to the Registry of Motor Vehicles and obtained a driver's license for him (Bartley) under the name Enel Deroseney, with the sole intention of hiding him from the police. Detective Cowley explained the only reason they did not charge Deroseney with harboring a fugitive, was due to the extradition concerns it could potentially cause.

On 06/21/99, I received a list of fourteen (14) SSI checks, including check and symbol numbers, payable to William F. Stancil. On that same date I contacted Regina Rice, FCD. Ms. Rice stated she would request the aforementioned checks, and would send copies as soon as possible.

### 3. Handwriting/Photostat Files and Indices:

NCIC/FCIC/ inquiries indicated that Enel Deroseney had been arrested for burglary, possession/manufacture of burglar tools, possession controlled dangerous substance, manufacturing/distributing a controlled dangerous substance, conspiracy, and shoplifting. MCI inquiries revealed no known associations with this Service.

### DEFENDANTS/SUSPECTS:

Enel Deroseney

### DISPOSITION:

Case continued pending further investigation.

23

## DEPARTMENT OF THE TREASURY
## UNITED STATES SECRET SERVICE
## MEMORANDUM REPORT

**CASE NUMBER:** 311-750-46710

| | | |
|---|---|---|
| **OFFICE** | : | Miami |
| **ORIGIN** | : | CCG |
| **TITLE OR CAPTION** | : | William F. Stancil |
| **TYPE OF CASE** | : | Check Forgery |
| **STATUS** | : | Continued |
| **INVESTIGATION MADE AT** | : | Miami, Florida |
| **PERIOD COVERED** | : | 06/21/99 - 10/18/99 |
| **INVESTIGATION MADE BY** | : | SA Patrick Cruise |
| **DATE TYPED** | : | 10/18/99 |

"AGENT NOT AVAILABLE
TO REVIEW REPORT"

**REPORT MADE BY:** Patrick S. Cruise     **DATE:** 10/18/99
Special Agent

**APPROVED:** Frank D. Estrada     **DATE:** 11/18/99
Special Agent in Charge

**DISTRIBUTION:**     **COPIES:**

Miami     Original & 1cc

**ATTACHMENTS:**

**United States Secret Service**     SSF 1588 (03/89)

24

```
311-750-46710
10/18/99
Page 2
```

## SYNOPSIS:

Assistant United States Attorney (AUSA) Robin Rosenbaum has been contacted and has agreed to accept prosecution of this case.

## INTRODUCTION:

Reference is made to my last Memorandum Report dated, 06/21/99, wherein I continued this case pending further investigation.

## DETAILS OF INVESTIGATION:

On 08/04/99, I received the requested SSI checks from Financial Crimes Division. An examination of the requested checks indicated that suspect Enel Deroseney endorsed the back of the following four (4) SSI checks:

| Date | Check Number | Symbol Number | Amount |
|------|-------------|---------------|--------|
| 09/01/98 | 33129873 | 4017 | $ 436.50 |
| 09/02/98 | 33198327 | 4017 | $ 6664.29 |
| 09/21/98 | 99195641 | 4017 | $ 436.50 |
| 10/01/98 | 04671082 | 4019 | $ 708.86 |
| | | Total | $ 8,246.15 |

Charlene Borga of Republic National Bank's Fraud Department contacted me and said she has located a tape of suspect Enel Deroseney cashing one (1) of the stolen SSI checks. ·Ms. Borga said as soon as she is able to retrieve it from the branch location, she would contact this office.

## DEFENDANT/SUSPECT:

ENEL DEROSENEY - Suspect

## JUDICIAL ACTION:



## DISPOSITION:

Case continued pending further investigation and judicial action.

25



United States Secret Service
Office of Investigations
Forensic Services Division
Questioned Document Branch

November 10, 1999

To:  SAIC - Miami
         William F. Stancil

Subject:                                                    Case No.: 311-750-46710
                                                                         SA Cruise

Type of Examination:   Handwriting

Reference is made to the Miami SSF 3115, dated October 25, 1999.

1.   **EXHIBITS EXAMINED**

Q-1   One U.S. Treasury Check, No. 4017 33129873, dated 09-01-98.

Q-2   One U.S. Treasury Check, No. 4017 33198327, dated 09-02-98.

Q-3   One U.S. Treasury Check, No. 4017 99195641, dated 09-21-98.

Q-4   One U.S. Treasury Check, No. 4019 04671082, dated 10-01-98.

S-1   Sixteen miscellaneous papers initialed, "S-1 KS 11-1-99" all purported to bear specimen writing of Enel Deroseney.

2.   **REQUEST**

Determine if the author of the specimen writing (S-1) wrote the questioned "William F. Stancil" endorsements on Exhibits Q-1 through Q-4.

3.   **RESULTS OF EXAMINATION**

There are some indications that Enel Deroseney (S-1) may have written the questioned "William F. Stancil" endorsements on Exhibits Q-1 through Q-4, but the evidence is not conclusive.

4.   **REMARKS**

If a further comparison is desired, it will be necessary to obtain several naturally executed specimens repeating the questioned endorsements, written in cursive. Any additional specimens should be submitted along with the current specimens.

Exhibit (S-1) is attached. The Exhibits Q-1 through Q-4 are retained in FSD pending the requested latent print examination.

Page 2.
311-750-46710
11-10-99

Examination by:

Kathleen M. Storer
Document Examiner

Approved:

Robert F. Byers
Special Agent in Charge

Attachments

27

### DEPARTMENT OF THE TREASURY
### UNITED STATES SECRET SERVICE
### MEMORANDUM REPORT

**CASE NUMBER:** 311-750-46710

| | | |
|---|---|---|
| **OFFICE** | : | Miami |
| **ORIGIN** | : | CCG |
| **TITLE OR CAPTION** | : | WILLIAM F. STANCIL |
| **TYPE OF CASE** | : | Check Forgery |
| **STATUS** | : | Continued |
| **INVESTIGATION MADE AT** | : | Miami, Florida |
| **PERIOD COVERED** | : | 02-07-00 – 02-17-00 |
| **INVESTIGATION MADE BY** | : | SA K. Michael Roland |
| **DATE TYPED** | : | 02-17-00 |

**REPORT MADE BY:** K. MICHAEL ROLAND
SPECIAL AGENT     **DATE:** 02-17-00

**APPROVED:**     Frank D. Estrada     **DATE:**
Special Agent in Charge

**DISTRIBUTION:**     **COPIES:**

Miami     Original & 1 cc

**ATTACHMENTS:** None

**United States Secret Service**     1588 (03/89)

*28*

311-750-46710
02-11-00
Page 2

**SYNOPSIS:**



**INTRODUCTION:**

Reference is made to the Memorandum Report of SA Patrick Cruise, dated 10-18-99, stating this case was continued pending further investigation.

**DETAILS OF INVESTIGATION:**

The results of a report dated 11-10-99 from the Forensic Services Division stated the handwriting evidence is not conclusive to indicate suspect Enel Deroseney wrote the "William F. Stancil" endorsements on the four (4) SSI checks.

On 02/07/00, I spoke with Vicki Inlow of Forensic Services Division. Inlow indicated that suspect Enel Deroseney's fingerprints were not found on any of the four (4) SSI checks in question. Inlow stated that she forwarded the latent prints to the Federal Bureau of Investigation for identification in November 1999.

On 02/17/00, I attempted to contact Charlene Borga of Republic National Bank's Fraud Department to learn if she was able to locate a tape of suspect Enel Deroseney cashing one (1) of the stolen SSI checks. I was advised that Ms. Borga will be out of the office until 02-24-00, at which time I will attempt to contact her again.

**DEFENDANTS/SUSPECTS:**

ENEL DEROSENEY – Suspect

**JUDICIAL ACTION:**



*29*

**DISPOSITION:**

This case is continued pending determination of judicial action.

30