# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 2/6/01   TIME: 9:30 A.M.

DEFT. ENEL DEROSENEY (J) #66867-004    CASE NO. 00-6226-CR-HURLEY/VITUNAC
*Richard Brown.*

AUSA. ROBIN ROSENBAUM    ATTY. ~~CARL LIDA - TEMP~~
   PASSING, UTTERING & PUBLISHING
   FALSE TREASURY CHECKS; FALSE ID
AGENT. ROLAND - USSS    VIOL. 18:510(a)(2)(c), 1005, 1028

PROCEEDING  REPORT RE: COUNSEL & ARRAIGNMENT    BOND. $100,000 CSB w/Nebbia

FUTURE DATES _____

DISPOSITION  Defendant requested more time to retain counsel. Report re counsel and arraignment reset to 2/13/01 @ 9:30 am

DATE: 2/6/01    TAPE: LRJ-01- 6-1084.

9