AO 442 (Rev. 12/85) Warrant for Arrest  AUSA ROSENBAUM

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ENEL DEROSENEY

**WARRANT FOR ARREST**

CASE NUMBER: 00-6226-CR-Hurley

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ENEL DEROSENEY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) passing, uttering, and publishing Treasury checks of the United States bearing a falsely made and forged endorsement with intent to defraud, making false entries in a report and statement of a federally insured financial institution, and knowingly using, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet unlawful activity that constitutes a violation of Federal law;

in violation of Title __18__ United States Code, Section(s) __510(a)(2) & (c), 1005, and 1028(a)(7) & (c)(3)(A)__

CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer | Title of Issuing Officer

_[signature]_ | August 10, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer | Date and Location

Bail fixed at $25,000 corporate surety bond with Nebbia | by _[signature]_
 | United States Magistrate Judge
 | Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/20/00 | James A. Tassone United States Marshal Southern District of Florida | _[signature]_ Edward Purchase, SDUSM |
| DATE OF ARREST 01/23/01 | | |