UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6226-Cr-DTKH/AEV

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Enol Derosexey
    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

At request of defendant, matter is reset to February 13, 2001 @ 9:30 am for Report re counsel and Arraignment.

**DONE AND ORDERED** at West Palm Beach, Florida this 6th day of February, 2001.

TAPE NO: LRJ-01- 6-1084

CHIEF U.S. MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal