# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 2/13/01   TIME: 9:30 AM

DEFT. ENEL DEROSENEY (J) #66867-004   CASE NO. 00-6226-CR-HURLEY/VITUNAC

*William Hunt for Karen Atkinson*

AUSA. ~~ROBIN ROSENBAUM~~   ATTY. *Robert Adler AFPD*

PASSING, UTTERING & PUBLISHING FALSE TREASURY CHECKS, FALSE ID

AGENT. _____   VIOL. 18:510(a)(2)(c), 1005, 1028

PROCEEDING  REPORT RE: COUNSEL & ARRAIGNMENT   BOND. $100,000 CSB W/NEBBIA

FUTURE DATES  Status Conf set 3/13/01 at 9:30 AM

DISPOSITION  *Federal Public Defender appointed. Defendant stood mute. Court entered Not Guilty plea on behalf of defendant. Defendant Arraigned.*

Reading of Indictment Waived
~~Not Guilty plea entered by ct.~~
Jury trial demanded
Standing Discovery Order Requested.

DATE: 2/13/01   TAPE: LRJ-01- 9-448/1082