UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6226-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

ENEL DEROSENEY,
        Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**
- Jail No.: 66867-004
- Language: ENGLISH
- Address: IN CUSTODY
- Tel. No:

**Defense Counsel:**
- Name: Federal Public Defender
- Address: 400 Australian Ave North, WPB Fl 33401
- Tel. No: 561-833-6288

**Bond Set/Continued:** $ 100,000 CSB w/Nebbia

Dated this 13th day of February, 2001.

CLARENCE MADDOX, CLERK

BY _____
    Deputy Clerk

TAPE NO. LRJ-01-9-448/
DIGITAL START NO. 1082

