UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6226-CR-DTKH/AEV

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Emil Derosena
    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

*Federal Public Defender appointed as Counsel of Record.*

**DONE AND ORDERED** at West Palm Beach, Florida this 13th day of February, 2001.

TAPE NO: LRJ-01- 9-448/1082

_____
CHIEF U.S. MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal