rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6226-Cr-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENEL DEROSENEY,

    Defendant.

_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        By: _____
            Dave Lee Brannon
            Assistant
            Federal Public Defender
            Attorney for Defendant
            400 Australian Avenue, Suite 300
            West Palm Beach, Florida   33401
            TEL:(561)833-6288/FAX:(561)833-0368

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this 20th day of February, 2001, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301.

_____
Dave Lee Brannon