rlb
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6226-Cr-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENEL DEROSENEY,

    Defendant.

_____/

## DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Enel Deroseney, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).



                    KATHLEEN M. WILLIAMS
                    FEDERAL PUBLIC DEFENDER

                    By:_____
                        Dave Lee Brannon
                          Assistant
                          Federal Public Defender
                          Attorney for Defendant
                          400 Australian Avenue, Suite 300
                          West Palm Beach, Florida 33401
                          TEL:(561)833-6288/FAX:(561)833-0368



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this 20th day of February, 2001, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301.

_____
Dave Lee Brannon