rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No.  00-6226-Cr-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENEL DEROSENEY,

    Defendant.
_____/

### DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Enel Deroseney, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief.  As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

              By: _____
                    Dave Lee Brannon
                    Assistant
                    Federal Public Defender
                    Attorney for Defendant
                    400 Australian Avenue, Suite 300
                    West Palm Beach, Florida  33401
                    TEL:(561)833-6288/FAX:(561)833-0368



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this _____ day of February, 2001, to Rosen Rosenbaum, Assistant United States Attorney, 500 East Broward Blvd, 7th Floor, Fort Lauderdale, Florida   33301.

_____
Dave Lee Brannon