rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6226-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENEL DEROSENEY,

    Defendant.
_____/



## UNOPPOSED MOTION TO CANCEL STATUS HEARING

COMES NOW the defendant, Enel Deroseney, by and through his undersigned counsel, who hereby moves this Honorable Court to cancel the status conference presently set for 9:30 a.m., March 13, 2001, before the Honorable Ann E. Vitunac in West Palm Beach, Florida.

1. All discovery is complete and there are no motions pending.

2. The case may be resolved by a plea.

Counsel for the Defendant has contacted the prosecutor, Assistant United States Attorney Robin Rosenbaum, who does not oppose the relief sought herein.

                                  KATHLEEN M. WILLIAMS
                                  FEDERAL PUBLIC DEFENDER

                                By: _____
                                    Dave Lee Brannon
                                    Assistant
                                    Federal Public Defender
                                    Attorney for Defendant
                                    Florida Bar No. 297941
                                    400 Australian Ave. N., Ste. 300
                                    West Palm Beach, Florida 33401
                                    TEL:(561) 833-6288
                                    FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 6th day of March, 2001, to Assistant United States Attorney Robin Rosenbaum, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394.

Dave Lee Brannon