rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6226-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENEL DEROSENEY,

    Defendant.
_____/



ORDER CANCELING STATUS HEARING

This cause having come before the Court on the Defendant's Unopposed Motion to Cancel Status Conference, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED, and the status conference previously set for March 13, 2001, before the Honorable ~~Ann E. Vitunac~~ Linnea R. Johnson is hereby canceled.

DONE AND ORDERED this __7__ day of March 2001, at West Palm Beach, Florida.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

CC: Dave Lee Brannon, AFPD
      Robin Rosenbaum, AUSA