TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __ENEL DEROSENEY,_____

CASE NO. __00-6226-_____.CR-HURLEY

THIS CAUSE set for Pre-Trial Status Conference on __March 13, 2001_____.

The parties report as follows

__X__ There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

FILED by _____ D.C.
MAR - 8 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__X__ There are no discovery problems.

__X__ The case is likely to settle by plea.

____ The case is ready for trial and not likely to settle by plea.

____ The parties estimate trial will take _____ days to complete.

____ Other comments:

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

23