# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by ___ D.C.
APR - 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. _00-6226-CR_____      Date _April 3, 2001_____

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: _English_____      Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. _Enel Derosenvey_____

AUSA: _Robin S. Rosenbaum_____   DEFENSE COUNSEL: _AFPD Dave Brannon_____

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count IV of the Indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted_

Misc.: _Sentencing date set for Friday, June 29, 2001, at 9:30 a.m._